**Exhibit A to the Complaint**

**Location:** Miami, FL  
**Total Works Infringed:** 26

**IP Address:** 76.110.200.227  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 08B38BE581E833DC9E28280C10CF59A089A02F57<br>File Hash:<br>DDFCE6511EF710FA2DF9498E035871824E1D4BD9A6AFE02D17C2CC5D2D500BF4 | 04-27-2023<br>17:39:42 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 2 | Info Hash: 65C96C9B29CA86AFDC7700127473D74E2231ED47<br>File Hash:<br>789D388B32450DD7765516215B4AE6E80EADDD364F306CD24092B293E915B7C6 | 04-22-2023<br>16:24:51 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 3 | Info Hash: BD1E1B74139A3559A7D74C32C30C8C5AF26E216C<br>File Hash:<br>C32D75398C1407BF9888D2B86FC69B9FAAEA5AD150316F9D5D4243879CB41011 | 04-15-2023<br>22:24:17 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 4 | Info Hash: 0EC4175FCFC157B8828AA3E6E4CBC22A1C5021BB<br>File Hash:<br>63F92B11EA87CB78E0E2F75679BE458730A8CF25A88CC67F79402410A181362F | 03-23-2023<br>20:07:00 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 5 | Info Hash: A58A1F7DCFDC07680F0A1D896EEEFC041EF00B42<br>File Hash:<br>1C265285335D6DC658A22CB9D0A789458889004CB7D044A69404BB2B4DBDAAC1 | 03-22-2023<br>16:32:38 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 6 | Info Hash: 6408AC30915EBB5D088C812A9102CF90D28B0BBB<br>File Hash:<br>C876715ACC4419649BA1FCB7529C0BEDAD1C5E9EB995D6BF717EF1247238CC41 | 03-21-2023<br>01:41:18 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 7 | Info Hash: 94B3ECEA7C2F08CCBC66225584E6CBB82C5ECCD7<br>File Hash:<br>97DACE343D48FCF5F6BB9A9B0C5ADB2348F636783BB9A2CCB7B28D0F550BC00F | 03-21-2023<br>01:28:13 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 8 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash:<br>8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-21-2023<br>01:22:55 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 9 | Info Hash: F06DB06CB174A838EB8C8898F07BFC13917D892D<br>File Hash:<br>522AC6CFBB1B852C3DCF7433D96C346398F3539766E681A14030C2C9B3E5DF27 | 03-17-2023<br>15:02:01 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 10 | Info Hash: 0FCDD7A927CCE574B5F4A1086AEF7368D2757D24<br>File Hash:<br>21296AC9008878646DEDA2AC962C2AA132260CAE722DC81C4D36DEFB404EFCB2 | 02-13-2023<br>16:13:17 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 11 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash:<br>E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 12-19-2022<br>16:55:17 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2086A77461DFEF73723AD2CDEB02004EE26C8A9E<br>File Hash: CE9E75C0892054B49B6AD9D588CF934BAEA2F1B0DF2AF6B0836A3CB497E65638 | 10-14-2022 03:16:56 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 13 | Info Hash: 15D01C763A1112FC85815EE1063A42666D23A421<br>File Hash: 0CDA0069E9F9644C2BA13F2A6D05D11B3901D2EB71A8F3EA563CD124B92D9082 | 09-29-2022 13:14:51 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 14 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash: 462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 09-29-2022 13:03:50 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 15 | Info Hash: 8FBA9A6C3E55E2CFEA44773F0061C8DC3DDAA9B0<br>File Hash: FBE001CC5577F60E1205397DE7BB28FAB61AF9AAA7A2017CD1EB77857C8434D2 | 09-29-2022 13:03:02 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 16 | Info Hash: 39B3D57E0FB4BB6A79DA794635525E794F4DA1D3<br>File Hash: 26191AF672E6797E5CE43E79D9A9385CA96C0DB145423E53D84A2C28CB1B7884 | 09-29-2022 13:01:50 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 17 | Info Hash: 99353EBAA7816D23A2435ECDE9EE8909E7A233F5<br>File Hash: 2792E71D16B573291DF49BC474D9FF4CDB44545141B8B5CB5844B4CE205C0EAC | 09-29-2022 13:01:22 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 18 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash: 82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-10-2022 16:03:28 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 19 | Info Hash: C81487D365766288B61E45751DBE83123A6251F6<br>File Hash: DDE7B2BFD6457544A998BD5E8CD541FFDA0B6E1346706B9873CA07914657A9F0 | 08-06-2022 14:07:27 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 20 | Info Hash: 2D1253B6FDBBCE162C474BB02169F4B5C3F89CB6<br>File Hash: 18A1CB3DF4B4D2199B0CC6D1296113CD9410118340B8AF4582F80411811C328A | 07-31-2022 18:19:15 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 21 | Info Hash: A04DA9DB005CCBC773FB24B593A8E617ECFBF5EF<br>File Hash: A3029860B6D2B90471DB513FD9D1AADAE68D6BA38EA2F1BAA666B4621965E58D | 07-22-2022 19:54:05 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 22 | Info Hash: 6B98A7F960AC2710EA617122B779FA9F623E2DD4<br>File Hash: 765C1E38287302048F8D417065F3FE280E6A4C232CC9C596B88DC5FAF85B59D3 | 07-22-2022 19:42:52 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 23 | Info Hash: 2AB26C48162974A192A939180C6DD77765F6E1FA<br>File Hash: 5C5E9AC04E19CB8CD1A34AC33FC0862495889D24924D4CCB8A96CAE8CBA4CA40 | 07-04-2022 18:44:11 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9B7406EC07DE8022005970F76906D51A274E0690<br>File Hash: F99FEA73133BE233ED03F8FFC993EF324E33C4BE5424DC24FC89FEA6569664EB | 07-03-2022 21:21:00 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 25 | Info Hash: D2D8C7800A880994A20A40AFB47554A53098D354<br>File Hash: BD51A392B180B77E916B16403ADF3937CE185A5AB20F9E7F5D6B184FA23E835A | 12-19-2021 16:17:56 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 26 | Info Hash: 579D4AA8DA1D6EF40E0B8A8E0FEAF3827040BC67<br>File Hash: 118D9A822F7BB2E6F6390169558A1F3E053AB4FCA0ADE2FC8B298EF608DD6BFE | 12-13-2021 01:35:51 | Blacked Raw | 11-28-2018 | 01-22-2019 | PA0002149836 |